# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136436(97)

SEYBURN, KAHN, GINN, BESS,
DEITCH AND SERLIN, P.C.,
      Plaintiff-Appellant,

v

KIRIT BAKSHI,
      Defendant-Appellee.
_____

SC: 136436
COA: 272903
Oakland CC: 1999-018126-CK

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to March 4, 2009 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2009

_____
Clerk